IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENNIS GRIEGO,**

    **Plaintiff,**

   **vs.**                                                                    Civ. No. 14-647  SCY

**SOCIAL SECURITY ADMINISTRATION,**
**CAROLYN W. COLVIN, ACTING COMMISSIONER**
**OF SSA,**

    **Defendant.**

## ORDER

    **THIS MATTER** having come before the Court on Plaintiff's motion to proceed in forma pauperis, and the Court being fully advised;

    **IT IS ORDERED** that the motion is hereby **GRANTED**, and Plaintiff may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
**STEVEN C. YARBROUGH**
**United States Magistrate Judge**